# D.E.C.A.F

DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number: 27000-NCE-CC-144243703258

## Certificate of Credit Counseling

I certify that on September 16th, 2015 , at 03:57 PM o'clock CDT

Raymond Arrington Sr. received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of North Carolina, an individual briefing (including a briefing conducted by Internet and Phone) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

Date: September 16th, 2015

By: /s/Crystal Towner

Name: Crystal Towner

Title: Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# D,E,C,A,F

DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number:  27000-NCE-CC-144243703812-sp

## Certificate of Credit Counseling

I certify that on  September 16th, 2015 , at  03:57 PM  o'clock  CDT

Dorthenia Arrington  received from Debt Education and Certification

Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling

in the Eastern District of North Carolina, an individual briefing (including a briefing conducted

by Internet and Phone) that complied with the provisions of 11 U.S.C. §§ 109(h)

and 111. A debt repayment plan was not prepared.

Date:  September 16th, 2015

By:  /s/Crystal Towner

Name:  Crystal Towner

Title:  Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).